UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 07-28987 JHW

Debtor: Daniel T. Caldwell, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1682167 | Specialized Loan Servicing | 6,703.29 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010