# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                          Case Number 07-28987 JHW

Debtor: Daniel T. Caldwell, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1687613 | Specialized Loan Servicing | 1905.28 |

/s/ Isabel C. Balboa

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  April 13, 2010