ANTHONY LANDOLFI, ESQUIRE, P.C.
Professional Services Building
295 Bridgeton Pike
PO Box 111
Mantua, NJ  08051
(856)468-5900
Attorney for Debtor(s)
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

|  |  |
|---|---|
| In Re: | : **CASE NO: 07-28987 (JHW)** |
|  | : |
| DANIEL T. CALDWELL, | : **CHAPTER 13** |
|  | : |
| Debtor(s), | : |

_____

## NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS

TO:   Isabel C. Balboa, Chapter 13 Trustee
       Cherry Tree Corporate Center
       535 Route 38, Ste. 580
       Cherry Hill, NJ 08002

Daniel T. Caldwell, through his attorney Anthony Landolfi, Esquire, has filed a motion to Recover Unclaimed Funds in this bankruptcy case:

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to remit unclaimed funds, or if you want the court to consider your views on the motion, then on or before  **June 25, 2011** , you or your attorney must:

File with the court a written request for a hearing, explaining your position, at:

**United States Bankruptcy Court**
**District of New Jersey**
**U.S. Post Office & Courthouse**
**P.O. Box 2067**
**Camden, NJ 08101**

If you mail your request to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Anthony Landolfi, Esquire**
**Professional Services Building**
**295 Bridgeton Pike**
**PO Box 111**
**Mantua, NJ 08051**

Attend the hearing on the objection, scheduled to be held on  **July 5*, 2011 @ 10:00 am*** in Courtroom   **4B**  , United States Bankruptcy Court,

If you or your attorney do not take these steps, the court may decide that you do not oppose the remission of the unclaimed funds.

Date:   June 9, 2011                                              */s/ Anthony Landolfi*
                                                                                Anthony Landolfi, Esquire
                                                                                Attorney for Debtor